```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
    Chief, Civil Division
 3  ANN L. MALEY
    Special Assistant United States Attorney
 4  California Bar No. 176877

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8974
        Facsimile: (415) 744-0134
 7      E-Mail: Ann.Maley@ssa.gov

 8  Attorneys for Defendant,
        Commissioner of Social Security
 9
                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
11
12  TONYA PERRY,              )
                              )   No. CV-07-3309 FFM
13       Plaintiff,           )
                              )   [PROPOSED]
14       v.                   )   JUDGMENT OF REMAND
                              )
15  MICHAEL J. ASTRUE,        )
    Commissioner of Social    )
16  Security,                 )
                              )
17                            )
```



The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of

1 Social Security for further proceedings consistent with the
2 Stipulation of Remand.
3
4
5     DATED: April 24, 2008    /S/ FREDERICK F. MUMM
6                                                 FREDERICK F. MUMM
                                                UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28