1  LAURA KRANK
   ATTORNEY AT LAW: 220208
2  LAW OFFICES OF ROHLFING & KALAGIAN
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   562/437-7006
4  FAX: 562/432-2935
   Email: lekrank@hotmail.com

5  ATTORNEYS FOR PLAINTIFF

6

7
                       **UNITED STATES DISTRICT COURT**
8
                       **CENTRAL DISTRICT OF CALIFORNIA**
9

10 TONYA PERRY                    ) Case No.: CV 07-3309 FFM
                                  )
11         Plaintiff,             ) [PROPOSED] ORDER AWARDING
                                  ) EQUAL ACCESS TO JUSTICE ACT
12     vs.                        ) ATTORNEY FEES PURSUANT TO
                                  ) 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security,)
14                                )
           Defendant.             )
15 _____)

16
        Based upon the parties' Stipulation for the Award and Payment of Equal
17
   Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to
18
   Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the
19
   amount of TWO THOUSAND EIGHT HUNDRED DOLLARS ($2,800.00), as
20
   authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced
21
   Stipulation.
22 DATE:   August 15, 2008

23                              /S/ FREDERICK F. MUMM
                                _____
24                              THE HONORABLE FREDERICK F. MUMM
                                UNITED STATES MAGISTRATE JUDGE
25

26

-1-